UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEAN PATRICK BOVEE,

Petitioner,

v.

STATE OF WASHINGTON,

Respondent.

C19-2022 TSZ

ORDER

Having reviewed Petitioner's Petition for Writ of Habeas Corpus, docket no. 6, the Report and Recommendation ("R&R") of United States Magistrate Judge Michelle L. Peterson, docket no. 7, Petitioner's Objections to the R&R, docket no. 8, and the remaining record, the Court ORDERS as follows:

(1) The Court ADOPTS the R&R;

(2) Petitioner's 28 U.S.C. § 2254 habeas petition, docket no. 6, is DISMISSED without prejudice for failure to exhaust state court remedies;

(3) A certificate of appealability is DENIED; and

(4) The Clerk is DIRECTED to send a copy of this Order to Petitioner and to the Honorable Michelle L. Peterson and to CLOSE this case.

IT IS SO ORDERED.

Dated this 18th day of February, 2020.

Thomas S. Zilly
United States District Judge

ORDER - 1